JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GONZALEZ,<br><br>      Petitioner,<br><br>      v.<br><br>R. MADDEN,<br><br>      Respondent. | Case No. CV 20-1803-DSF (KK)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that the Application for Extension of Time to file a petition for writ of habeas corpus is DENIED and this action is DISMISSED without prejudice.

DATED: March 4, 2020

                _____
                Honorable Dale S. Fischer
                UNITED STATES DISTRICT JUDGE